UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **RENE FLORES and DOMINGA FLORES** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CAUSE NO. 7:15-cv-00482 |
| **WELLINGTON INSURANCE COMPANY** | § § § | |
| Defendant. | § | |

## PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

The Plaintiffs in the above entitled cause hereby move to dismiss without prejudice their cause of action against Defendant. There already exists a pending suit between the parties arising out of the same occurrence. Therefore, Plaintiffs wish to dismiss this cause of action without prejudice and pursue the previously filed cause of action.

Respectfully submitted,

*/s/Timothy M. Hoch*
TIMOTHY M. HOCH
Texas Bar No. 09744950
HOCH LAW FIRM, P.C.
5616 Malvey Avenue
Fort Worth, Texas 76107
Tel. (817) 731-9703
Fax (817) 731-9706
tim@hochlawfirm.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF CONFERENCE**

    I, the undersigned attorney, do hereby certify that on the 11th day of December 2015 I conferred with counsel for Defendant who agreed to the relief requested herein.

                                /s/Timothy M. Hoch\_\_
                                TIMOTHY M. HOCH


**CERTIFICATE OF SERVICE**

    I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing document was forwarded to the following counsel of record on this 11th day of December, 2015 in accordance with the Federal Rules of Civil Procedure:

                Thomas F. Nye
                Attorney-in-charge
                Gault, Nye & Quintana, LLP
                P.O. Box 6666
                Corpus Christi, Texas 78466
                tnye@gnqlawyers.com

                                /s/Timothy M. Hoch\_\_
                                TIMOTHY M. HOCH

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **RENE FLORES and DOMINGA FLORES** | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | CAUSE NO. 7:15-cv-00482 |
| **WELLINGTON INSURANCE COMPANY** | § § § | |
| **Defendant.** | § | |

## ORDER ON MOTION TO DISMISS

ON THIS _____day of _____, 2015, came on for consideration the Motion to Dismiss Without Prejudice filed by Plaintiffs Rene Flores and Dominga Flores. It appearing to the Court that said Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, that Dismissal of the above-entitled and numbered cause of action, without prejudice, is hereby entered.

SIGNED this _____day of _____, 2015.

_____
JUDGE PRESIDING